UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:07CV88-J

STEVEN BOULTON                                                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Steven Boulton seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the case be remanded for further consideration and a new decision.

The Commissioner has timely filed objections to the Magistrate's Report, contending that: 1) the Commissioner does not bear the burden of producing documented physical or mental limitations before an ALJ can make an RFC finding; and 2) the ALJ provided sufficient reasons for rejecting the credibility of the claimant's subjective complaints. These issues were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)     The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2)      The case is REMANDED for further development consistent with the Magistrate

Judge's Report and Recommendation.